UNITED STATES DISTRICT COURT
FOR THE
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

v.  Crim. No. 5:02-CR-1-1BO

DONNELL PERRY

On Tuesday, December 28, 2010, the above named was placed on supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _19_ day of _June_, 2013.

Terrence W. Boyle
U.S. District Judge